# United States District Court
for the
Eastern District of Missouri

United States of America
v.
Curtis Gibbs

Case No: 4:01CR532
USM No: 28448-044

Date of Previous Judgment: May 24, 2002
(Use Date of Last Amended Judgment if Applicable)

Terrance Niehoff
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED  and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __140__ months is reduced to __120 months__

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __28__            Amended Offense Level: __26__
Criminal History Category: __VI__         Criminal History Category: __VI__
Previous Guideline Range: __140__ to __175__ months    Amended Guideline Range: __120__ to __150__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

This reduction applies only to Count I. It does not affect the sentence of 120 months on Count II which runs concurrently with the sentence on Count 1.

Except as provided above, all provisions of the judgment dated __May 24, 2002__ shall remain in effect.

**IT IS SO ORDERED**

Order Date: 5/19/08

_Jean C. Hamilton_
Judge's Signature

Effective Date: 5/29/08
(if different from order date)

Jean C. Hamilton, United States District Judge
Printed Name and title